# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

☑ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

3:04 pm, Aug 14 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____DG_____ Deputy

United States of America )
v. )
) Case No. 25-mj-02005
TONY MARCOS FERREIRA-DOS SANTOS )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **June 8, 2025** in the county of **Wicomico** in the District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 111 | Assaulting, resisting, opposing, impeding, interfering with federal officers |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

JESSE T ASTON  *Digitally signed by JESSE T ASTON*
*Date: 2025.08.05 15:55:55 -04'00'*

*Complainant's signature*

Deportation Officer Jesse Aston, ICE ERO
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 8, 2025

*Judge's signature*

City and state: Baltimore, Maryland

Hon. Chelsea J. Crawford, U.S. Mag. Judge
*Printed name and title*