AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

USDC- BALTIMORE
'25 AUG 29 AM 9:46

| | |
|---|---|
| United States of America<br>v.<br><br>TONY MARCOS FERREIRA-DOS SANTOS<br><br>_Defendant_ | )<br>)  Case No. 25-mj-02005<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ TONY MARCOS FERREIRA-DOS SANTOS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Assaulting, resisting, opposing, impeding, interfering federal officer in violation of 18 U.S.C. Sec. 111

Date: August 8, 2025

_Issuing officer's signature_

City and state: Baltimore, Maryland

Hon. Chelsea J. Crawford, U.S. Mag. Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8/15/25, and the person was arrested on _(date)_ 8/15/25
at _(city and state)_ Baltimore, MD.

Date: 8/15/25

_Arresting officer's signature_

Samuel Reyes D.O.
_Printed name and title_