MCH: USAO2025R00431

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. ELH 25 cr 274 |
| | * | |
| TONY MARCOS FERREIRA-DOS SANTOS, | * | (Assaulting, Resisting, Opposing, Impeding, Interfering with Federal Officers, 18 U.S.C. § 111) |
| | * | |
| Defendant | * | |

*******

### INFORMATION

#### COUNT ONE
(Assault)

The United States Attorney for the District of Maryland charges that:

On or about June 8, 2025, in the District of Maryland, the defendant,

**TONY MARCOS FERREIRA-DOS SANTOS**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in 18 U.S.C. § 1114, to wit: federal officers who were members of the Department of Homeland Security, who were engaged in, and on account of, the performance of their official duties.

18 U.S.C. § 111

Date: September 11, 2025

_____
Kelly O. Hayes
United States Attorney

Digitally signed by MICHAEL HANLON
Date: 2025.09.11 05:33:40 -04'00'