## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

    v.

TONY MARCOS FERREIRA-DOS
SANTOS,

    Defendant.

Criminal Case No. ELH-25-0274

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a) and in the exercise of its prosecutorial discretion, and for good cause, hereby moves to dismiss without prejudice the Information (ECF No. 13) in the above-captioned case, the Defendant having been removed from the United States on or about March 6, 2026.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/s/_____
Michael C. Hanlon
Assistant United States Attorney

36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4895
Michael.hanlon@usdoj.gov

It is so ORDERED, this _____ day of _____ 2026.  The Information (ECF 13) charging the above-captioned Defendant in the above captioned matter is hereby dismissed without prejudice.

_____
Hon. Ellen L. Hollander
United States District Judge

1